JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. BASULTO,<br><br>            Plaintiff<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No: 2:16-CV-03549-KES<br><br>[~~PROPOSED~~] **JUDGMENT** |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: February 10, 2017        _____
                               THE HONORABLE KAREN E. SCOTT
                               United States Magistrate Judge

-1-